660 A.2d 1191
STATE OF NEW JERSEY v. DARRYL WELCH.

May 11, 1995.

ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

660 A.2d 1191
STATE OF NEW JERSEY v. FRANK BUNDY.

May 11, 1995.

ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

660 A.2d 1191
TORMEE CONSTRUCTION, INC., ETC., ET AL. v. MERCER COUNTY IMPROVEMENT AUTHORITY, ETC.

May 25, 1995.

Certification to Superior Court, Law Division, Mercer County is granted.